UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANIEL CLARKE,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

　　　　　　　Plaintiffs,

-against-

PURE GREEN NYC 8TH STREET CORP, et al.,

　　　　　　　Defendants.

Case No.: 18 CV 0532

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed against Defendants, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendants:

By: _____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
1 Penn Plaza, Suite 2527
New York, New York 10119
Telephone: (212) 792-0046
Fax: (212) 563-7108
joshua@levinepstein.com
Date: 11/16/18

SO ORDERED

_____
U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com
Date: 11/16/18

_____
Dated